NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SHARESE ANN BERGERON,              )
                                   )
          Appellant,               )
                                   )
v.                                 )          Case No. 2D16-5274
                                   )
STATE OF FLORIDA,                  )
                                   )
          Appellee.                )
_____    )

Opinion filed February 9, 2018.

Appeal from the Circuit Court for Lee
County; J. Frank Porter, Judge.

Howard L. Dimmig, II, Public Defender, and
John C. Fisher, Assistant Public Defender,
Bartow, for Appellant.

Sharese Ann Bergeron, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


          Affirmed.


MORRIS, BLACK, and BADALAMENTI, JJ., Concur.